IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BARRY G. INGRAM, | No. C 13-0224 CW |
| Plaintiff, | ORDER CONCERNING DEFENDANT'S MOTION TO DISMISS |
| v. |  |
| CITY OF SAN FRANCISCO POLICE DEPARTMENT; SFPD OFFICER SGT. FRAZER; SFPD OFFICER JENNIFER G. FIORELLO; and SFPD OFFICER KHMARSKIY, |  |
| Defendants. |  |

On February 4, 2013, Defendant City and County of San Francisco re-filed its motion to dismiss Plaintiff Barry Ingram's first amended complaint. Docket No. 12. The memorandum in support of that motion refers to two exhibits. See id. at 2, 8 n.4. Neither of these exhibits, however, is attached to Defendant's motion and Defendant's proof of service does not indicate whether these exhibits have been served on Plaintiff. Id. at 10. Accordingly, Defendant is directed to file the attached exhibits as soon as possible with proof that it served these exhibits on Plaintiff. Defendant's previous motion to dismiss (Docket No. 4) is hereby TERMINATED.

Plaintiff's opposition to Defendant's motion is due by February 22, 2013. If Plaintiff fails to file a timely opposition, his case may be dismissed for failure to prosecute.

Plaintiff has yet to serve his first amended complaint on the three individual officers named as defendants in this action: Sgt. Frazer, Officer Fiorello, and Officer Khmarskiy. Under Federal

Rule of Civil Procedure 4(m), Plaintiff must serve his complaint on these defendants before April 2, 2013 or his claims against them will be dismissed.

IT IS SO ORDERED.

Dated: 2/5/2013

CLAUDIA WILKEN
United States District Judge