IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY G. INGRAM,

      Plaintiff,

  v.

CITY OF SAN FRANCISCO POLICE DEPARTMENT, et al.

      Defendants.
_____/

No. C 13-0224 CW

ORDER CONTINUING HEARING AND DIRECTING PLAINTIFF TO COMPLY WITH STANDING ORDER

    On March 5, 2013, Defendant Officers Frazer, Fiorello, and Khmarskiy filed a motion to dismiss Plaintiff Barry Ingram's complaint. Docket No. 19. The motion is set for hearing on April 11, 2013. Another motion to dismiss was previously filed by Defendant City of San Francisco and noticed for hearing on March 21, 2013. Docket No. 12. In the interest of efficiency, the hearing on Defendant San Francisco's motion to dismiss shall be continued to April 11, 2013 so that it can be heard concurrently with the individual Defendants' motion to dismiss.

    If Plaintiff wishes to appear by telephone for the hearing, he must properly file a motion seeking leave to do so. Plaintiff is directed to consult the Court's standing order regarding procedures for appearing by telephone, located on the Court's website: http://www.cand.uscourts.gov/cworders.

    IT IS SO ORDERED.

Dated: 3/8/2013

CLAUDIA WILKEN
United States District Judge